```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 32698
    STEVEN RICHARDSON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8448

----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 08/18/2005 and was confirmed 10/03/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  13.00%.

     The case was dismissed after confirmation 09/29/2008.
----------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
----------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED            4015.00         562.60       1210.80
CAPITAL ONE AUTO FINANCE  UNSECURED          9841.45            .00           .00
CAPITAL ONE               UNSECURED         NOT FILED          .00           .00
CAPITAL ONE               UNSECURED         NOT FILED          .00           .00
CITY OF CHICAGO PARKING   UNSECURED           580.00           .00           .00
B-LINE LLC                UNSECURED          3193.12           .00           .00
B-FIRST LLC               NOTICE ONLY       NOT FILED          .00           .00
ECAST SETTLEMENT CORP     UNSECURED           298.01           .00           .00
JAMES L ORRINGTON         UNSECURED         NOT FILED          .00           .00
WEISS MEMORIAL HOSPITAL   UNSECURED         NOT FILED          .00           .00
HORSESHOE CASINO HAMMOND  UNSECURED           531.88           .00           .00
ZALUTSKY & PINSKI LTD     REIMBURSEMENT       194.00           .00        194.00
ILLINOIS DEPT OF REVENUE  UNSECURED            67.00           .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY            414.09           .00           .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY       2,700.00                     2,617.11
TOM VAUGHN                TRUSTEE                                          275.49
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                   4,860.00

PRIORITY                                         194.00
SECURED                                        1,210.80
    INTEREST                                     562.60
UNSECURED                                           .00
ADMINISTRATIVE                                 2,617.11
TRUSTEE COMPENSATION                             275.49
DEBTOR REFUND                                       .00
                         ---------------   ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 32698 STEVEN RICHARDSON
```

```
TOTALS                              4,860.00              4,860.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 12/22/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```